UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SPECTOR,<br><br>        Plaintiff,<br><br>    v.<br><br>WATER EMERGENCY TRANSPORTATION AUTHORITY, et al.,<br><br>        Defendants. | Case No. 22-cv-05294-SK<br><br>**ORDER DISMISSING CASE**<br><br>Regarding Docket No. 21 |

Pursuant to stipulation of dismissal filed by parties on May 12, 2023 (Dkt. No. 21), and for good cause shown, this entire action and all of the pending claims in this action are hereby dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: May 16, 2023

_____
SALLIE KIM
United States Magistrate Judge